Order entered November 16, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01193-CV

### JUANITA J. GAROFALO, Appellant

### V.

### CHECK INTO CASH OF TEXAS, LLC, Appellee

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-1473-2012**

## ORDER

The Court has before it appellant's November 5, 2012 motion for payment arrangements

for costs of court. Because appellant has not identified any specific fees that she is unable to pay

nor suggested any specific payment arrangements for those fees, the motion is **DENIED** at this

time.

MOLLY FRANCIS
JUSTICE